# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIM SHIH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MITSUWA CORPORATION,<br><br>　　　　　Defendant. | Case No. CV 24-3134 WLH (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint in the above-captioned matter, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, Plaintiff's Objections to the Report and Recommendation, and Defendant's Response to the Objections. After having made a *de novo* determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

IT IS ORDERED THAT: (1) Judgment shall be entered DISMISSING this action with prejudice for lack of subject matter jurisdiction; and (2) Defendant's Motion To Dismiss shall be DENIED AS MOOT.

1  The Clerk shall serve copies of this Order and the Judgment herein on Plaintiff at
2  his address of record and on counsel for Defendant.

4  **IT IS SO ORDERED.**

6  DATED: 11/18/2024

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE