JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIM SHIH,<br><br>    Plaintiff,<br><br>    v.<br><br>MITSUWA CORPORATION,<br><br>    Defendant. | Case No. CV 24-3134 WLH (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: 11/18/2024

                                        HON. WESLEY L. HSU
                                        UNITED STATES DISTRICT JUDGE